## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LAQUINCE T. HOGAN**                                                                 **PETITIONER**
**ADC #100540**

**VS.**                          **CASE NO.: 5:14CV00105-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                   **RESPONDENT**

### <u>JUDGMENT</u>

In accordance with the Court's Order entered this date, Petitioner Laquince

Hogan's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #1) and

supplemental motion to vacate (#24) are DENIED and DISMISSED, with prejudice.

DATED this 31st day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE